**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **ERIKA RODRIGUEZ,** *Plaintiffs,* | § | |
| | § | |
| ***v.*** | § | **1:26-CV-500-ADA-SH** |
| | § | |
| **STEELE GMC ROUND ROCK,** ***Defendant.*** | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower. Dkt. 4. Judge Hightower recommends that this Court **DENY** Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Dkt. 3) and **ORDER** Plaintiff to pay the filing fee and any associated costs within 14 days of the District Court's ruling on this Report and Recommendation. The report further recommends that the District Court **WARN** Plaintiff that failure to timely pay the filing fee may result in dismissal of the case pursuant to Federal Rule of Civil Procedure 41(b). *Id.* at 1, 8. The report was filed on June 18, 2026, and a certified mail receipt was filed on June 22, 2026 (Dkt. 5). This Court hereby adopts Judge Hightower's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections (Dkt. 7) on July 6, 2026. The Court has conducted *de novo* review of the Report and Recommendation (Dkt. 4), Plaintiff's objections (Dkt. 7), and the applicable facts and laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendations should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Hightower (Dkt. 4) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Objections (Dkt. 7) are **OVERRULED**.

**IT IS FURTHER ORDERED** that Plaintiffs' Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Dkt. 3) is hereby **DENIED**. Plaintiff is **ORDERED** to pay the filing fee and any associated costs within 14 days of this ruling.

Plaintiff is hereby **WARNED** that failure to timely pay the filing fee may result in dismissal of the case pursuant to Federal Rule of Civil Procedure 41(b).

**SIGNED** this 19th day of August, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE